# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2337

_____

G. W. Delaney; Phyllis Delaney,    *

          *

       Appellants,    *

          *   Appeal from the United States

      v.    *   District Court for the

          *   Western District of Arkansas.

Gary Ashcraft, Chief of Police in his    *

official & individual capacities,    *   [UNPUBLISHED]

          *

       Appellee,    *

          *

Rebecca Reid, Nurse, in her official and    *

individual capacities; Triad Hospital,    *

Inc.,    *

          *

       Defendants,    *

          *

Larry Sanders, Sheriff, in his official &    *

individual capacities; Robert Jester,    *

Chief of Police Mt. Pine, AR in his    *

official and individual capacities; City    *

of Hot Springs, Arkansas; City of    *

Mountain Pine, Arkansas; Michael    *

Smith, in his official and individual    *

capacities; Paul Norris, Detective in his    *

official and individual capacities;    *

Steve Oliver, Prosecuting Atty, in his    *

official and individual capacities;    *

National Park Medical Center;    *

Sentinel-Record Newspaper;    *

Kindercare Learning Center; Connie    *

Scott, in her official & individual    *

capacities; Lucett Merworth; Shelia Steir; Debbie Ellsworth; Paulette Keith; Willie Perkins; Diane Browning; George Browning; Angela Browning; Berneita Sargent; Michael Burton; Claudia Burton; David Burton; Becky Miller, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Shelia Warwick, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Sonja Unknown, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Cpl Randall Titsworth, in his official and individual capacities; City of Bowling Green; Floyd Emerson, General Manager, Sentinel Record Newspaper; Randall Fale, CEO, Saint Joseph's Mercy Health Center; Faith Fields, Executive Director, Arkansas State Board of Nursing; Pat Goad, Warren County Circuit Clerk, Warren County, Kentucky, in her official and individual capacities; John Hall, Attorney, Arkansas; Olivia Hazel, Court Clerk, Warren County, Kentucky, in her official and individual capacities; Jerry Mabry, CEO, National Park Medical Center; Amy Hale Milliken, County Attorney, Warren County, Kentucky, in her official and individual capacities; Bill Waltrip, Chief of Police, Bowling Green, Kentucky; Arkansas Democrat-Gazette;

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Arkansas State Board of Nursing; Phil    *
Kimbel; Knowledge Learning          *
Corporation; Sisters of Mercy Health   *
System; St. Joseph's Mercy Health    *
Center,                               *
                                     *

          Appellees.          *

_____

Submitted:  October 1, 2008
Filed:  October 7, 2008

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

G.W. Delaney and Phyllis Delaney (the Delaneys) appeal following the district court's[1] adverse grant of summary judgment to the last remaining defendants in their civil-rights lawsuit.  We reject as meritless the Delaneys' various challenges to the district court's well-reasoned determination that there were no trialworthy issues on the constitutional, conspiracy, and state-law claims against Detective Paul Norris, see Smith v. Insley's Inc., 499 F.3d 875, 879 (8th Cir. 2007) (summary judgment standard of review); and the Delaneys have waived all other claims by not addressing them in their opening brief, see K.D. v. County of Crow Wing, 434 F.3d 1051, 1055 n.4 (8th Cir. 2006).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.